1   HEATHER E. WILLIAMS, SBN 122664
    Federal Defender
2   CHRISTINA SINHA, SBN 278893
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, CA 95814
    Telephone: (916) 498-5700
5   Fax: (916) 498-5710

6   Attorneys for Defendant
    JORDANA WEBER
7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No.  2:19-mj-121-DB
                                       )
12                 Plaintiff,          )   **STIPULATION AND [PROPOSED] ORDER**
                                       )   **TO CONTINUE PRELIMINARY HEARING**
13  vs.                                )
                                       )   Date:   August 15, 2019
14  JORDANA WEBER,                     )   Time:   2:00 P.M.
                                       )   Judge: Hon. Edmund F. Brennan
15                 Defendant.          )
                                       )
16  _____)
                                       )
17

18          IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United

19  States Attorney, through Matthew Thuesen, Assistant United States Attorney, counsel for

20  Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina

21  Sinha, counsel for Defendant Jordana Weber, that the preliminary hearing currently set for

22  August 15, 2019 at 2:00 P.M. in the Eastern District of California in the Sacramento Federal

23  Courthouse may be continued to August 26, 2019 at 2:30 P.M. in the District of New Jersey in

24  the Newark Federal Courthouse.  The parties specifically stipulate to the following:

25          1.      On August 1, 2019, Ms. Weber was arrested based on a complaint filed in a

26                  District of New Jersey case (19-7380).  Ms. Weber was brought before the Hon.

27                  Deborah Barnes in the Eastern District of California on the same day for an initial

28                  appearance pursuant to Rule 5 of the Federal Rules of Criminal Procedure.  The

                                          -1-

Federal Defender's Office for the Eastern District of California was appointed to represent her. She was ordered detained as a flight risk, and a preliminary hearing was set for August 15, 2019 in Sacramento.

2. After discussions with the New Jersey Assistant United States Attorney prosecuting the case, as well as with the Federal Public Defender's Office for the District of New Jersey, the parties have agreed to vacate the preliminary hearing currently set to be heard in Sacramento, and instead request the Court to set the following dates on the duty calendar in the District of New Jersey, which would be heard before the Hon. Cathy L. Waldor:

        a. Status of counsel hearing on August 26, 2019;

        b. Preliminary hearing on August 28, 2019.

The foregoing plan is acceptable to the prosecution in New Jersey (who has, in turn, discussed this matter with the Court in Newark), as well as to the Federal Public Defender's Office for the District of New Jersey, which would seek to be appointed as counsel at the proposed August 26, 2019 hearing. The parties therefore respectfully request this Court to vacate the August 15, 2019 hearing, order the defendant transported forthwith to the District of New Jersey, and set the matters on calendar as proposed above.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 13, 2019        */s/ Christina Sinha*
                                     CHRISTINA SINHA
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     JORDANA WEBER

Date: August 13, 2019        MCGREGOR W. SCOTT
                                     United States Attorney

                                     */s/ Matthew Thuesen*
                                     MATTHEW THUESEN
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

# O R D E R

~~The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.~~

The preliminary hearing currently set for August 15, 2019 in the Eastern District of California is ~~continued to~~ vacated. The parties have agreed that a preliminary hearing and a status of counsel hearing be set for August 28, 2019 in the District of New Jersey in Newark before the Hon. Cathy L. Waldor. ~~the matter is further set for a status of counsel hearing on August 26, 2019 before the Hon. Cathy L. Waldor.~~ Counsel shall coordinate with Magistrate Judge Waldor's staff in setting that hearing date. The defendant is ordered transported forthwith to the Eastern District of New Jersey.


IT IS SO ORDERED.


Dated: August 15, 2019

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

Stipulation and Order to Continue Preliminary Hearing